U.S. Department of Justice
Washington, D.C.
05/29/2018/lyl

Criminal Docket

| | |
|---|---|
| McALLEN Division | CR. No. **M-18-962** |

**CRIMINAL INFORMATION** Filed: May 29, 2018   Judge: **RICARDO H HINOJOSA**

County: Hidalgo
Lions #: **2018R11872**

Attorneys:

UNITED STATES OF AMERICA

RYAN K. PATRICK, U. S. ATTORNEY

v.

ANDREW R. SWARTZ, ASST. U.S. ATTORNEY

EUGENE SCOTT MACKIE
--SUMMONS--

Ct. 1        Carlos Yzaguirre, Ret'd, (956) 682-4308

Charge(s):   Ct.1:   Conspiracy to Solicit or Receive Illegal Remunerations
             Title 18, United States Code, Section 371 and Title 42, United States Code, Section 1320a-7(b)(b)(1)(A).

Total Counts
**(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 5 yrs. and/or a fine not to exceed $25,000 (or both) and not more than a 3 yr. SRT

Agency:    Federal Bureau of Investigation – E.R. "Alex" Garcia  - 209A-SA-4166400

Proceedings

Date